UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-10039-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERMAN ARIAS UCETA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's CJA Voucher Request [ECF No. 44] issued by United States Magistrate Judge Barry L. Garber, on December 12, 2014. The Report and Recommendation recommends to this Court, that counsel Hugo Rodriguez, Esquire be paid **$14,019.71** as reasonable and necessary compensation. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's notice of no objection to report and recommendation of Magistrate Judge Garber. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation [ECF No. 44] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of December, 2014.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Hugo Rodriguez, Esq
Lucy Lara, CJA Administrator